IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIC E. HOUSTON,

    Defendant.

Case No. 2:02-CR-319
JUDGE EDMUND A. SARGUS, JR.

## ORDER

Presently before the Court is Preliminary Order of Forfeiture as to Eric E. Houston (Doc. 42), which is hereby **VACATED**.

IT IS SO ORDERED.

2-10-2012
**DATED**

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE